UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DELAHARRAN | CASE NO. CV-F-10-0187 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| WALGREENS CO, et al., | |
| Defendants. | |

On March 30, 2011, the parties jointly filed a notice of voluntary dismissal with prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:   March 30, 2011**                         /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE